Betty Hogsett, Plaintiff, v. Wilber Hogsett, Defendant,
and Velma Hoyle, Respondent.
Velma Hoyle, Appellant, v. Wilber Hogsett, Appellee.

Gen. No. 10,924.

Second District.
September 13, 1956.
Rehearing denied October 2, 1956.
Released for publication October 2, 1956.

Diver,
Diver & Ridge, for appellant; Donald Ridge, of counsel; Adeline
J. Geo-Karis, for appellee. Opinion by JUSTICE CROW. **Not to
be published in full.**